UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAMBRIDGE HEALTHCARE DEVELOPMENT
CORP.                                              CIVIL ACTION

VERSUS                                             NUMBER 06-343-SCR

PRECISION RX, LLC, ET AL

### ORDER

Considering the information and request in the December 12, 2007 letter from counsel for the plaintiff, record document number 47;

IT IS ORDERED that the trial scheduled for January 28-31, 2008, is continued and reassigned to June 2-5, 2008.

Baton Rouge, Louisiana, January 10, 2008.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE